**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ADRIAN VERDUZCO MARTINEZ,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

No. 1:26-cv-1280-TLN-ICD-HC

ORDER

Petitioner, an immigration detainee proceeding with appointed counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pending before the Court is Petitioner's first amended petition, ECF No. 46, as well as the parties' stipulation for setting a briefing schedule, ECF No. 45, and Petitioner's pro se request for ruling, ECF No. 41. Good cause appearing therefor, the parties' stipulation is approved.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Respondents' response to the first amended petition is due by November 19, 2026.
2. Petitioner's reply is due by November 20, 2026.
3. Petitioner's pro se request, ECF No. 41, is DENIED without prejudice to renewal by appointed counsel.

Dated: November 17, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE